

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 25, 2025

VIA ECF & FACSIMILE

Hon. Alvin K. Hellerstein
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

*So ordered*
*4-28-25*
*/s/ A.K. Hellerstein*

    Re:   *Mejia-Martich, et ano. v. U.S. Dep't of Homeland Security, et al.*,
           No. 24 Civ. 5418 (AKH)

Dear Judge Hellerstein:

    This Office represents the government in the above-referenced action, in which Plaintiffs seek an order compelling the U.S. Department of Homeland Security to facilitate the return of Plaintiffs (who are lawful permanent residents presently in the Dominican Republic) to the United States. After further consultation with Plaintiffs' counsel, I write respectfully on behalf of the parties to request that the Court enter a 3-month stay of proceedings in this matter.

    This is the parties' first request for a stay of proceedings; the government previously requested five extensions of the deadline to respond to the complaint, and four adjournments of the initial pretrial conference. The Court granted the prior requests. As explained below, subsequent developments have overtaken the allegations in the complaint, and the parties are continuing their diligent efforts to resolve this matter consensually. To date, those efforts have been successful.

    First, since the last status update to the Court, plaintiff Luis Mejia-Martich was admitted to the United States on March 28, 2025, and reunited with his family. The parties agree that this moots his claims in this action.

    Second, with respect to plaintiff Steve R. Dilone Frias, as previously reported to the Court, he appeared for an immigrant visa interview in December 2024. At that time, his visa was refused based on a medical exam and a 2023 arrest in the Dominican Republic. He has one year from the date of refusal to produce evidence that can overcome the ground of ineligibility. 22 C.F.R. § 42.81(e). On the medical issue, the parties are exploring whether a new medical examination can be conducted that may potentially overcome the identified ground. On the issue of the arrest, counsel for Mr. Dilone Frias expects that the related criminal case should be dismissed on or about July 3, 2025, which may potentially overcome that separate ground.

    In order to permit the parties to continue these efforts to resolve the case consensually, the parties jointly request that this Court enter a 3-month stay in this matter until July 25, 2025, with the parties to submit a joint status update by July 18, 2025. The parties submit that the requested relief will promote the interests of efficiency and conservation of judicial resources.

Case 1:24-cv-05418-AKH    Document 39    Filed 04/28/25    Page 2 of 2
Case 1:24-cv-05418-AKH    Document 37    Filed 04/25/25    Page 2 of 2

Page 2

We thank the Court for its consideration of this request.

                              Respectfully submitted,

                              JAY CLAYTON
                              United States Attorney

By:    s/ Anthony J. Sun
        ANTHONY J. SUN
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (212) 637-2810
        E-mail: anthony.sun@usdoj.gov
        *Attorney for Defendants*

cc: Counsel of record (via ECF)